UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALVARADO,<br><br>    Petitioner,<br><br>    v.<br><br>VALENZUELA, Warden,<br><br>    Respondent. | NO. CV 13-1659-DOC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that judgment be entered denying the petition and dismissing the action with prejudice.

DATED: October 22, 2013

                                            *David O. Carter*
                                        DAVID O. CARTER
                                        United States District Judge