UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALVARADO,<br>        Petitioner,<br>  v.<br>VALENZUELA, Warden,<br>        Respondent. | No. CV 13-1659-DOC (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied with prejudice.

DATED: October 22, 2013

*David O. Carter*
DAVID O. CARTER
United States District Judge